IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CODY GRAHAM,**

      **Plaintiff,**

v.                                                                                              Civil Action No.:  2:22-cv-541

**WEST VIRGINIA DIVISION OF CORRECTIONS AND REHABILITATION, CORPORAL HENDRIX, and CORPORAL HAYHURST,**

(Removed from Circuit Court of Kanawha County; Civil Action No 22-C-588)

      **Defendants.**

### NOTICE OF REMOVAL

| | | |
|---|---|---|
| To: | Cathy Gatson, Clerk<br>Kanawha County Courthouse<br>P.O. Box 2351<br>111 Court Street<br>Charleston, WV 25301 | **Counsel for Plaintiff:**<br>Paul E. Stroebel, Esq.<br>STROEBEL & STROEBEL PLLC<br>P.O. Box 2582<br>Charleston, West Virginia 25329 |

**COMES NOW** Defendant West Virginia Division of Corrections and Rehabilitation, by and through counsel, William E. Murray, Jaden Rhea, and the law firm of Anspach Meeks Ellenberger LLP, pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367, and 28 U.S.C. § 1441, and states that it has removed this action from the Circuit Court of Kanawha County, West Virginia to the United States District Court for the Southern District of West Virginia upon the following grounds:

    1.    On or about November 3, 2022, the Defendant was served with a copy of a Summons and Complaint in an action commenced in the Circuit Court of Kanawha County, West Virginia, styled *Cody Graham v. West Virginia Division of Corrections and Rehabilitation, et al.,* Civil Action number 22-C-588, through service via Secretary of State.  Copies of this Summons and Complaint along with the docket sheet for this action pending in Kanawha County, West Virginia, are attached hereto as **Exhibits 1 and 2**, respectively, as required by 28

U.S.C. § 1446(a).

2. This Notice of Removal has been filed and lodged with the Circuit Court of Kanawha County, West Virginia. No further proceedings have been had therein.

3. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331, in that the Complaint reveals a federal question, and is, therefore, one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a):

(a) Plaintiff Cody Graham (hereinafter "Plaintiff") asserts that while he was an inmate at Mount Olive Correctional Center (MOCC), Defendants used excessive force against him.

(b) In his Complaint, Plaintiff asserts theories of liability including, but not limited to: "The conduct described herein deprived plaintiff of his rights and privileges under the Constitution of the United States of America." (*Complaint 15*); "a violation of Plaintiff's rights under the Eight Amendment of the United States Constitution to be free from unreasonable intrusions on his bodily integrity." (*Complaint 16*); and "in violation of Plaintiff's right to be free from excessive force under the Eighth Amendment." (*Complaint 17*),

3. Notice of Removal is filed timely.

4. The Kanawha County Circuit Court docket sheet (Exhibit 2) does not reflect a return of service of any other named defendant. **See Exhibit 2.**

5. Pursuant to 28 U.S.C. § 1446(b), notice of this removal is being filed with the Circuit Clerk of Kanawha County, West Virginia, and upon counsel of record. **See Exhibit 3.**

WHEREFORE, this Defendant has removed this action from the Circuit Court of Kanawha County, West Virginia to the United States District Court for the Southern District of West Virginia. No further proceedings in this action can be had in the aforesaid circuit court.

Signature block page

Dated: November 28, 2022

          **WEST VIRGINIA DIVISION OF CORRECTIONS AND REHABILITATION,**

          **By Counsel**

          */s/ William E. Murray*
          William E. Murray, Esq. (WVSB #2693)
          Jaden Rhea (WVSB #13454)
          ANSPACH MEEKS ELLENBERGER LLP
          500 Virginia Street, East, Suite 525
          Charleston, West Virginia 25301
          304-205-8063 - telephone
          304-205-8062 – facsimile
          wmurray@anspachlaw.com
          jrhea@anspachlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CODY GRAHAM,**

      **Plaintiff,**

**v.**                                                         **Civil Action No.:  2:22-cv-00541**

**WEST VIRGINIA DIVISION OF CORRECTIONS**      **(Removed from Circuit Court of**
**AND REHABILITATION, CORPORAL**                 **Kanawha County; Civil Action No 22-**
**HENDRIX, and CORPORAL HAYHURST,**              **C-588)**

      **Defendants.**

## CERTIFICATE OF SERVICE

I, William E. Murray, counsel for defendant West Virginia Division of Corrections and Rehabilitation, do hereby certify that on this 28th day of November 2022, I electronically filed the foregoing *"Notice of Removal"* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

Paul E. Stroebel, Esq. (WVSB# 13269)
STROEBEL & STROEBEL PLLC
P.O. Box 2582
Charleston, West Virginia 25329
*Counsel for Plaintiff*

                                */s/ William E. Murray*
                                William E. Murray (WVSB #2693)
                                Jaden Rhea (WVSB #13454)
                                ANSPACH MEEKS ELLENBERGER LLP
                                500 Virginia Street, East, Suite 525
                                Charleston, West Virginia 25301
                                304-205-8063 - telephone
                                304-205-8062 – facsimile
                                wmurray@anspachlaw.com
                                jrhea@anspachlaw.com